**Marquis Aurbach Coffing**
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
jmoser@maclaw.com
*Attorneys for Richland Holdings, Inc.*
*dba AcctCorp of Southern Nevada and*
*Donna Armenta Law*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BETTY WILLIAMSON,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHLAND HOLDINGS, INC. dba ACCTCORP OF SOUTHERN NEVADA, and LAW OFFICES OF DONNA ARMENTA,<br><br>    Defendants. | Case Number: 2:19-CV-01679-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S WRITTEN DISCOVERY REQUESTS**<br><br>**(SECOND REQUEST)** |

  Plaintiff Betty Williamson ("Plaintiff") and Defendants Richland Holdings, Inc. dba AcctCorp of Southern Nevada ("AcctCorp") and Donna Armenta Law, erroneously named as "Law Offices of Donna Armenta" ("DAL," and with AcctCorp, "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

  1.  On or about February 7, 2020, Plaintiff served, via U.S. mail, several sets of written discovery upon Defendants, including the following: (a) Plaintiff's Requests for Admissions to Defendant Law Offices of Donna Armenta, Set One; (b) Plaintiff's Requests for Admissions to Defendant Richland Holdings Inc., Set One; (c) Plaintiff's Requests for Production of Documents to Defendant Law Offices of Donna Armenta, Set One; (d) Plaintiff's Requests for Production of Documents to Defendant Richland Holdings Inc., Set

MAC:14665-020 3996458_1.docx 3/16/2020 2:42 PM

One; (e) Plaintiff's Interrogatories to Defendant Law Offices of Donna Armenta, Set One; and (f) Plaintiff's Interrogatories to Defendant Richland Holdings Inc., Set One.

    2.    Based on the Stipulation and Order to Extend Time to Respond to Plaintiff's Written Discovery Requests (First Request) [ECF No. 15], Defendants' current deadline to respond to Plaintiff's foregoing requests is March 23, 2020.

    3.    The parties, through their respective counsel, have been engaged in settlement discussions, and while that process was and continues to be explored, in an effort to conserve resources, have agreed that Defendants time and energy is better directed to settlement efforts rather than responding to Plaintiff's requests.

    4.    In addition, as the Court is aware, the disruption in business and personal affairs in light of the COVID-19 pandemic is affecting many around the world, and the parties believe that additional time may be required to address necessary tasks.

    5.    The parties have, therefore, agreed, pursuant to FRCP 29, 33(b)(2), 34(b)(2)(A), and 36(a)(3), to extend Defendants' deadline from March 23, 2020, through and including April 13, 2020.

    IT IS SO STIPULATED.

Dated this  16th  day of March, 2020.    Dated this  16th  day of March, 2020.

    MARQUIS AURBACH COFFING    KAZEROUNI LAW GROUP, APC

By:  */s/ Jared M. Moser*      By:  */s/ Gustavo Ponce*  
    Chad F. Clement, Esq.    Gustavo Ponce, Esq.  
    Nevada Bar No. 12192    6069 South Fort Apache Road, Ste. 100  
    Jared M. Moser, Esq.    Las Vegas, NV 89148  
    Nevada Bar No. 13003    gustavo@kazlg.com  
    10001 Park Run Drive    *Attorneys for Plaintiff*  
    Las Vegas, Nevada 89145  
    *Attorneys for Defendants*

**ORDER**

    IT IS HEREBY ORDERED this 19th day of March, 2020.

_____  
UNITED STATES MAGISTRATE JUDGE

MAC:14665-020 3996458_1.docx 3/16/2020 2:42 PM

MARQUIS AURBACH COFFING  
10001 Park Run Drive  
Las Vegas, Nevada 89145  
(702) 382-0711 FAX: (702) 382-5816