Gustavo Ponce, Esq.
Nevada Bar No: 15084
**Kazerouni Law Group, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Tel: (800) 400-6808
Fax: (800) 520-5523
gustavo@kazlg.com
*Attorneys for Plaintiff Betty Williamson*

Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
**Marquis Aurbach Coffing**
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
jmoser@maclaw.com
*Attorneys for Defendants Richland Holdings Inc. and Donna Armenta Law*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Betty Williamson,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Richland Holdings Inc., dba Acctcorp of Southern Nevada, and Law Offices of Donna Armenta,<br><br>　　　　　Defendant. | Case No.:  2:19-cv-01679-RFB-VCF<br><br>**Stipulation to extend the discovery schedule and the pretrial deadlines by 120 days**<br><br>**(First Request)** |

1   Plaintiff Betty Williamson ("Plaintiff") and Defendants Richland Holdings Inc., dba Acctcorp of Southern Nevada, and Donna Armenta Law, erroneously named as "Law Offices of Donna Armenta" (referred collectively as "Defendants," and with Plaintiff, the "Parties"), by and through their respective counsel, hereby submit this stipulation to modify the discovery schedule [ECF No. 12] and extend only the deadlines set forth below by 120 days or until the stay is granted, whichever comes first.

To be clear, the Parties contemplate that if the Court enters an Order on this Stipulation, the deadlines will be extended as set forth herein.  If the District Judge grants AcctCorp's Motion to Stay in the interim, then the new deadlines adopted pursuant to this Stipulation will be stayed as a result.  Once the stay is ultimately lifted, the Parties will, within two weeks therefrom, submit a new joint proposed discovery plan and scheduling order. If the Motion to Stay is denied, the Order on this stipulation will govern all remaining deadlines set forth herein.

In light of the recent global health pandemic caused by Covid-19 and Defendants' pending non-opposed motion for stay, the Parties have stipulated to extend the discovery schedule and extend the pretrial deadlines by 120 days or until the stay is granted, whichever comes first. When Covid-19 began disrupting businesses, litigation, and human life, Defendants moved to stay the proceeding in light of the uncertainty and health crisis.  ECF 18.  Plaintiff filed a non-opposition on April 8, 2020.  ECF 19.  As of the date of this stipulation, a ruling on the motion to stay is still pending.

The Parties have agreed to continue dates to avoid the Parties being prejudiced and to conserve their respective resources, as well as the Court's time and resources on this matter, as the Parties await a ruling on the motion to stay. Granting an extension will not prejudice the Parties, the litigation, or the Court, but in fact the extensions would avoid prejudice to any of the Parties there is a ruling on the pending motion.

1   Proposed Schedule

2  • the last date to complete discovery from May 25, 2020, to
3    **September 22, 2020**;
4  • the last date to file dispositive motions from June 24, 2020, to
5    **October 22, 2020**;
6  • deadline for Defendants to respond to Plaintiff's discovery requests
7    from April 13, 2020, to **August 11, 2020**; and
8  • the last date to submit pretrial order and pretrial disclosures from July
9    24, 2020 to **November 23, 2020**.

10  Good cause exists to amend the Scheduling Order. The parties have been diligent in light of the difficulties Covid-19 has brought upon. The Parties jointly request that this Court modify the Scheduling Order to provide an additional time to complete discovery, and in the ordinary course file dispositive motions, and the pretrial documents as described in the proposed timeline above.

15  ///
16  ///
17  ///

This is the first request for an extension of this deadline, and it is sought in good faith and not for the purposes of delay.

DATED this 25th day of June 2020.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce

Gustavo Ponce, Esq.

6069 South Fort Apache Road, Suite 100

Las Vegas, Nevada 89148

*Attorneys for Plaintiff*

**MARQUIS AURBACH COFFING**

By: /s/ Jared M. Moser

Chad F. Clement, Esq.

Jared M. Moser, Esq.

10001 Park Run Drive

Las Vegas, NV 89145

*Attorneys for Defendants Richland Holdings Inc. and Donna Armenta Law*

**ORDER**

IT IS SO ORDERED.

_____

United States Magistrate Judge

DATED: 6-25-2025 _____

**CERTIFICATION OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on June 25, 2020, the foregoing Notice was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
6069 S. Fort Apache Rd., Ste 100
Las Vegas, NV 89148