1   Gustavo Ponce, Esq.
2   Nevada Bar No: 15084
    **Kazerouni Law Group, APC**
3   6069 South Fort Apache Road, Suite 100
4   Las Vegas, Nevada 89148
    Tel: (800) 400-6808
5   Fax: (800) 520-5523
6   gustavo@kazlg.com
    *Attorneys for Plaintiff Betty Williamson*
7

8   Chad F. Clement, Esq.
    Nevada Bar No. 12192
9   Jared M. Moser, Esq.
10  Nevada Bar No. 13003
    **Marquis Aurbach Coffing**
11  10001 Park Run Drive
12  Las Vegas, Nevada 89145
    Telephone: (702) 382-0711
13  Facsimile: (702) 382-5816
14  cclement@maclaw.com
    jmoser@maclaw.com
15  *Attorneys for Defendants Richland*
16  *Holdings Inc. and Donna Armenta Law*

17              **UNITED STATES DISTRICT COURT**

18                   **DISTRICT OF NEVADA**

19  Betty Williamson,                     Case No.:  2:19-cv-01679-RFB-VCF

20                       Plaintiff,

21        vs.

22                                        **STIPULATION AND** ~~PROPOSED~~
    Richland Holdings Inc., dba AcctCorp of   **ORDER TO EXTEND DISCOVERY**
23  Southern Nevada, and Law Offices of    **SCHEDULE AND PRETRIAL**
    Donna Armenta,                         **DEADLINES BY 60 DAYS**
24
                         Defendant.           **(SECOND REQUEST)**
25

26

27

28

1    Plaintiff Betty Williamson ("Plaintiff") and Defendants Richland Holdings
2    Inc., dba AcctCorp of Southern Nevada, and Donna Armenta Law, erroneously
3    named as "Law Offices of Donna Armenta" (collectively, "Defendants," and with
4    Plaintiff, the "Parties"), by and through their respective counsel, hereby submit this
5    stipulation to modify the most recent discovery schedule [ECF Nos. 21, 22] and
6    extend only the deadlines set forth below by 60 days or until the stay is granted,
7    whichever comes first.

8    To be clear, the Parties contemplate that if the Court enters an Order on this
9    Stipulation, the deadlines will be extended as set forth herein.  If the District Judge
10   grants AcctCorp's Motion to Stay [ECF No. 18] in the interim, then the new deadlines
11   adopted pursuant to this Stipulation will be stayed as a result.  Once the stay is
12   ultimately lifted, the Parties will, within two weeks therefrom, submit a new joint
13   proposed discovery plan and scheduling order. If the Motion to Stay is denied, the
14   Order on this stipulation will govern all remaining deadlines set forth herein.

15   In light of the recent global health pandemic caused by Covid-19 and
16   Defendants' pending unopposed motion for stay, the Parties have stipulated to extend
17   the discovery schedule and extend the pretrial deadlines by 60 days or until the stay
18   is granted, whichever comes first.  When Covid-19 began disrupting businesses,
19   litigation, and human life, Defendants moved to stay the proceeding in light of the
20   uncertainty and health crisis.  ECF 18.  Plaintiff filed a non-opposition on April 8,
21   2020.  ECF 19.  As of the date of this stipulation, a ruling on the motion to stay is
22   still pending.

23   The Parties have agreed to continue dates to avoid the Parties being prejudiced
24   and to conserve their respective resources, as well as the Court's time and resources
25   on this matter, as the Parties await a ruling on the motion to stay. Granting an
26   extension will not prejudice the Parties, the litigation, or the Court, but in fact the
27   extensions would avoid prejudice to any of the Parties there is a ruling on the pending
28   motion.

1    <u>Proposed Schedule</u>

2    • the last date to complete discovery from September 22, 2020, to
3    **November 23, 2020**;
4    • the last date to file dispositive motions from October 22, 2020, to
5    **December 21, 2020**;
6    • deadline for Defendants to respond to Plaintiff's discovery requests
7    from August 11, 2020, to **October 12, 2020**; and
8    • the last date to submit pretrial order and pretrial disclosures from
9    November 23, 2020 to **January 22, 2021**.

10   Good cause exists to amend the current discovery schedule. The Parties jointly
11   request that this Court modify the discovery schedule pursuant to the Order [ECF No.
12   22] granting the parties first stipulation [ECF No. 21] in order to provide additional
13   time to complete discovery, and in the ordinary course file dispositive motions, and
14   the pretrial documents as described in the proposed timeline above.

15   / / /
16   / / /
17   / / /
18   / / /
19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

1         This is the second request for an extension of this deadline, and it is sought in

2    good faith and not for the purposes of delay.

3    DATED this <u>10th</u> day of August, 2020.

4         **KAZEROUNI LAW GROUP, APC**

5

6         By: <u>  /s/ Gustavo Ponce, Esq.               </u>

7              Gustavo Ponce, Esq.

          6069 South Fort Apache Road, Suite 100

8              Las Vegas, Nevada 89148

9              *Attorneys for Plaintiff*

10        **MARQUIS AURBACH COFFING**

11

12        By: <u>  /s/ Jared M. Moser, Esq.              </u>

13             Chad F. Clement, Esq.

          Jared M. Moser, Esq.

14             10001 Park Run Drive

15             Las Vegas, NV 89145

          *Attorneys for Defendants Richland*

16             *Holdings Inc. and Donna Armenta Law*

17

18                               <u>**ORDER**</u>

19        IT IS SO ORDERED.

20

21                     UNITED STATES MAGISTRATE JUDGE

22                   8-11-2020

               DATED:_____

23

24

25

26

27

28

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY SCHEDULE AND PRETRIAL DEADLINES BY 60 DAYS (SECOND REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 10th day of August, 2020.

☒       I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Kazerouni Law Group
Gustavo Ponce, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone:  (800) 400-6808X7
Facsimile:  (800) 520-5523
Gustavo@kazlg.com
*Attorneys for Plaintiff*

_/s/ Suzanne Boggs_
An employee of Marquis Aurbach Coffing