**Marquis Aurbach Coffing**
Chad F. Clement, Esq.
Nevada Bar No. 12192
Jared M. Moser, Esq.
Nevada Bar No. 13003
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
cclement@maclaw.com
jmoser@maclaw.com
*Attorneys for Richland Holdings, Inc.*
*dba AcctCorp of Southern Nevada and*
*Donna Armenta Law*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BETTY WILLIAMSON,<br><br>          Plaintiff,<br><br>vs.<br><br>RICHLAND HOLDINGS, INC. dba ACCTCORP OF SOUTHERN NEVADA, and LAW OFFICES OF DONNA ARMENTA,<br><br>          Defendants. | Case Number: 2:19-CV-01679-RFB-VCF<br><br>**STIPULATION AND ORDER TO CONDUCT DEPOSITIONS BY REMOTE MEANS** |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 30(b)(4), Plaintiff Betty Williamson, by and through her attorneys of record, Kazerouni Law Group, and Defendants Richland Holdings, Inc. d/b/a AcctCorp of Southern Nevada ("AcctCorp"), and Donna Armenta Law, erroneously named as "the Law Offices of Donna Armenta" ("DAL"), (collectively, "Defendants"), by and through their attorneys of record, the law firm of Marquis Aurbach Coffing, hereby agree and stipulate as follows:

WHEREAS, the COVID-19 pandemic continues to disrupt business and litigation around the United States, limiting travel and increasing risk of exposure in the absence of exercising appropriate social distancing protocol;

WHEREAS, both parties intend to take depositions during discovery in this matter; and

///

MAC:14665-020 4151118_1 9/22/2020 5:03 PM

WHEREAS, the parties and their respective counsel agree that for purposes of not only cost efficiency but the health and safety of all persons involved, it is in everyone's best interest that the depositions in this action be conducted by remote means and request that the Court permit and so order.

Dated this 22nd day of September, 2020.

| MARQUIS AURBACH COFFING | KAZEROUNI LAW GROUP |
|---|---|
| By: /s/ Jared M. Moser<br>Chad F. Clement, Esq.<br>Nevada Bar No. 12192<br>Jared M. Moser, Esq.<br>Nevada Bar No. 13003<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendants* | By: /s/ Gustavo Ponce<br>Gustavo Ponce, Esq.<br>Nevada Bar No. 13903<br>6069 South Fort Apache Road, Suite 100<br>Las Vegas, Nevada 89148<br>*Attorney for Plaintiffs* |

**ORDER**

IT IS SO ORDERED this 23rd day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE