Gustavo Ponce, Esq.
Nevada Bar No. 15084
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com

*Attorneys for Plaintiff,*
*BETTY WILLIAMSON*

UNITED STATES DISTRICT COURT

DISTRCIT OF NEVADA

| | |
|---|---|
| Betty Williamson<br><br>           Plaintiff,<br><br>vs.<br><br>Richland Holdings Inc., dba Acctcorp of Southern Nevada, and Law Offices of Donna Armenta,<br><br>           Defendant. | **Case No.: 2:19-cv-1679-RFB-VCF**<br><br>**Stipulation of Dismissal with Prejudice of Defendants Richland Holdings Inc., dba Acctcorp of Southern Nevada, and Donna Armenta Law** |

///

///

///

- 1 -
STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Betty Williamson ("Plaintiff") and Defendants Richland Holdings Inc., dba AcctCorp of Southern Nevada, and Donna Armenta Law, erroneously named as "Law Offices of Donna Armenta" (collectively, "Defendants") stipulate to dismiss with prejudice Plaintiff's claims against Defendants only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 24th day of November 2020.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**MARQUIS AURBACH COFFING**

By: /s/ Jared Moser
Chad F. Clement, Esq.
Jared M. Moser, Esq.
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Defendants Richland Holdings Inc. and Donna Armenta Law*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 30th day of November, 2020.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on November 24, 2020, the foregoing Stipulation was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
GUSTAVO PONCE, ESQ.
6069 S. FORT APACHE ROAD, SUITE 100
LAS VEGAS, NV 89148
*Attorneys for Plaintiff*